Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 13, 2020

---

No.: 20-99009
D.C. No.: 3:01-cr-01062-DGC-1
Short Title: USA v. Lezmond Mitchell

---

Dear Appellant

A copy of your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please review Circuit Rule 22 regarding the procedures to follow in the prosecution of this death penalty appeal.