FILED

AUG 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>LEZMOND C. MITCHELL,<br><br>Defendant-Appellant. | No. 20-99009<br><br>D.C. No. 3:01-cr-01062-DGC-1<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Appellant has appealed the District Court's order of August 13, 2020. Appellant has informed this Court he will file an emergency motion by noon tomorrow, Friday, August 14, 2020. Accordingly, any emergency motion filed by Appellant is due by noon Pacific Time on Friday, August 14, 2020. The Government's response is due by noon Pacific Time on Sunday, August 16, 2020. Appellant's reply is due by noon Pacific Time on Monday, August 17, 2020.

The Court will hear argument by video on Tuesday, August 18, 2020; further information to follow.

AS DIRECTED BY THE COURT:

MOLLY C. DWYER
CLERK OF COURT