FILED

AUG 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>LEZMOND C. MITCHELL,<br><br>Defendant-Appellant. | No. 20-99009<br><br>D.C. No.<br>3:01-cr-01062-DGC-1<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: IKUTA, CHRISTEN, and HURWITZ, Circuit Judges.

The parties are directed to focus on the underlying merits of Plaintiff-Appellee's appeal of the district court's August 13, 2020 Order in the remaining briefs on the pending emergency motion. The parties should also be prepared to discuss the merits of the appeal at a hearing on Tuesday, August 18, 2020, at 1:00 p.m. Pacific Time.