FILED

AUG 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LEZMOND C. MITCHELL,

Defendant-Appellant.

No. 20-99009

D.C. No.
3:01-cr-01062-DGC-1
District of Arizona,
Phoenix

ORDER

Before: IKUTA, CHRISTEN, and HURWITZ, Circuit Judges.

At oral argument, counsel for the government represented that the Bureau of Prisons would comply with the Arizona Department of Corrections's Department Order 710 to the extent it requires: (1) that the person or persons who place the IV lines be "currently certified or licensed within the United States to place IV lines," (2) that the insertion of "either peripheral IV catheters or a central femoral line" shall be based upon the recommendation of a person "currently certified or licensed within the United States to place IV lines," (3) that "[a] central femoral venous line will not be used unless the person placing the line is currently qualified by experience, training, certification, or licensure within the United States to place a central femoral line," and (4) that the chemicals used in the execution "have an expiration or beyond-use date that is after the date that an execution is carried out."

Counsel for the government is hereby ordered to file, on or before Wednesday, August 19, 2020, at noon PDT, a declaration from a person at the Bureau of Prisons, who is knowledgeable as to its execution procedures, confirming that the Bureau of Prisons will adhere to the requirements set forth above when carrying out the execution of Lezmond Mitchell.

**IT IS SO ORDERED**.