UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>LEZMOND C. MITCHELL,<br><br>Defendant-Appellant. | C.A. No. 20-99009<br><br>D. Ct. No. CR-01-01062-PCT-DGC<br><br>**NOTICE OF FILING OF DECLARATION** |

The United States gives notice that it is simultaneously filing as an attachment to this notice a declaration from Rick Winter, Regional Counsel for the Federal Bureau of Prisons ("BOP") North Central Region, a person who is knowledgeable as to its execution procedures, as ordered by the Court on August 18, 2020 (Dkt. 13).

The government maintains its position that Mitchell has failed to carry his burden of establishing a clear entitlement to equitable relief by, among other things, failing to proffer evidence in either the district court or this Court clearly showing a likelihood of non-speculative, significant irreparable harm warranting an injunction. *See Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997); *see also Brewer v. Landrigan*, 562 U.S. 996, 996 (2010) (mem.). The government nevertheless submits the attached declaration in compliance with the Court's order and to fully respond to the Court's questions at oral argument.

Respectfully submitted this 19th day of August, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Krissa M. Lanham*
KRISSA M. LANHAM
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Krissa M. Lanham*
Assistant U.S. Attorney

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>LEZMOND CHARLES MITCHELL<br>Defendant-Appellant. | CA No. 20-99009 |

**DECLARATION OF RICK WINTER**

I, Rick Winter, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this position since October 2016. I have been employed by the BOP since 1994.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences. See 18 U.S.C. § 3596(a); 28 C.F.R. Part 26. Lezmond Mitchell's execution is scheduled to take place on August 26, 2020.

4. All qualified personnel responsible for inserting either peripheral IV catheters or a central femoral line during the execution of Lezmond Mitchell will be currently certified or licensed within the United States to place IV lines.

5. The insertion of either peripheral IV catheters or a central femoral line will be based upon the recommendation of a person currently certified or licensed within the United States to

place IV lines.

6. Only peripheral IV catheters or a central femoral line will be used during the execution of Lezmond Mitchell. A central femoral venous line will not be used unless the person placing the line is currently qualified by experience, training, certification or licensure within the United States to place a central femoral line.

7. The BOP will only use chemicals in the execution of Lezmond Mitchell that have an expiration or beyond-use date that is after the date on which his execution will be carried out. If the chemical's expiration or beyond-use date states only a month and year (e.g. "June 2017"), then BOP will not use that chemical after the last day of the month specified.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 19th day of August, 2020.

Rick Winter /JL

Rick Winter
Federal Bureau of Prisons