FILED

AUG 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>LEZMOND C. MITCHELL,<br><br>Defendant-Appellant. | No. 20-99009<br><br>D.C. No.<br>3:01-cr-01062-DGC-1<br>District of Arizona,<br>Phoenix<br><br>ORDER |

BEFORE: THOMAS, Chief Judge and Capital Case Coordinator

The three judge panel has issued its opinion in the above-captioned case. Pursuant to our usual practice in capital cases in which an execution date has been set, the time periods for filing any petition for rehearing and rehearing en banc will be compressed. Accordingly, if a petition for rehearing or rehearing en banc as to the panel opinion is filed, it must be filed by Thursday, August 20, 2020, at 4:00 p.m. Pacific time. If a petition for rehearing or rehearing en banc is filed, the United States is directed to file a response no later than Friday, August 21, 2020, at noon Pacific time. If a petition for rehearing or rehearing en banc is filed, the optional reply is due by Friday, August 21, 2020 at 4:00 p.m. Pacific time.