FILED

AUG 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>LEZMOND C. MITCHELL,<br><br>Defendant-Appellant. | No. 20-99009<br><br>D.C. No.<br>3:01-cr-01062-DGC-1<br>District of Arizona,<br>Phoenix<br><br>ORDER |

BEFORE: THOMAS, Chief Judge and Capital Case Coordinator

Mitchell has filed a petition for rehearing and rehearing en banc of the three judge panel opinion in the above-captioned case filed August 19, 2020. Accordingly, pursuant to the schedule identified in the prior order of the Court, the United States is directed to file a response no later than Friday, August 21, 2020, at noon Pacific time. Pursuant to Ninth Circuit Rule 40-1(a) the response shall not exceed 4,200 words. As indicated by prior order, the optional reply is due by Friday, August 21, 2020 at 4:00 p.m. Pacific time. The reply, if filed, shall not exceed 4,200 words.