FILED

AUG 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LEZMOND C. MITCHELL,

Defendant-Appellant.

No. 20-99009

D.C. No.
3:01-cr-01062-DGC-1
District of Arizona,
Phoenix

ORDER

BEFORE: THOMAS, Chief Judge and Capital Case Coordinator

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc within the internal time limits for making a request. Fed. R. App. P. 35(b).

The petition for rehearing en banc is denied. En banc proceedings are concluded. Any remaining matters will be addressed by the three judge panel.