FILED

AUG 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

LEZMOND C. MITCHELL,

Defendant-Appellant.

No. 20-99009

D.C. No.
3:01-cr-01062-DGC-1
District of Arizona,
Phoenix

ORDER

Before: IKUTA, CHRISTEN, and HURWITZ, Circuit Judges.

The panel has unanimously voted to deny Lezmond Mitchell's Petition for Rehearing (ECF No. 21). The Petition for Panel Rehearing is **DENIED**.

Pursuant to Rule 41(b) of the Federal Rules of Appellate Procedure, the mandate shall issue forthwith.